164 F.3d 621
 Travis Banks
v.
Richard Neal, John Does' - Port. Va. Police, John Does' -
DEA's, Gatone, John Does' - Albert Einstein Hospital, John
Does' - Miscericordia Hospital, John Does'- Payless Shoe
Store, John Does' - Blue Moon Motel, John Does'- Blue Moon
Motel, John Does'-Upscale Beauty Salon, Wilson, Tileman,
Boyd, Walker, Mitchel, Lopez, Maddeluzzio, Alica Wilson,
Malisa, Broomal, Dooley Levindowski, Lydon, Schenberger,
Peter Ballino, Quigley, Mayer, Schmit,
 NO. 98-1301
 United States Court of Appeals,
Third Circuit.
 September 24, 1998
 Appeal From: E.D.Pa. ,No.97cv06332
 
 1
 Appeal Dismissed.